Aguilar Law Office, PLLC
Denise K. Aguilar
Arizona Bar No. 023063
5505 W. Chandler Blvd., Ste. 5
Chandler, Arizona 85226
(480) 759-1100 phone
deniseaguilar@me.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-50058 DLR |
|---|---|
| Plaintiff, | **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| vs. | |
| Joseph O'Shaughnessy, | |
| Defendant. | |

Defendant Joseph O'Shaughnessy, through undersigned counsel, and pursuant to 18 U.S.C. §3564(c), respectfully requests this Court terminate his period of supervised release. The following Memorandum of Points and Authorities supports this Motion.

Respectfully submitted: July 17, 2019.

                     Aguilar Law Office, PLLC

                     *s/Denise K. Aguilar*
                     Denise K. Aguilar
                     Attorney for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   FACTS

On March 15, 2018, Mr. O'Shaughnessy was sentenced to time served for one count of Conspiracy to Impede Officers of the United States, in violation of 18 U.S.C. § 372, by the Honorable Anna J. Brown in the District of Oregon. Mr. O'Shaughnessy was ordered to serve a two-year term of supervised release following his period of confinement, which was lengthy, as the case was pending for a long period of time. This matter arises out of the Bundy Ranch protests that occurred in Nevada and Oregon. The case in Nevada was ultimately dismissed due to prosecutorial misconduct, and several of the co-defendants in the Oregon case were acquitted, however Mr. O'Shaughnessy had already accepted a plea prior to the trial of the remaining co-defendants. Honorable Anna J. Brown, in the Judgment and Sentencing Order, specifically provides that Defendant may request early termination of supervised release after one year. (See Exhibit A).

Defendant was released from custody and commenced his supervised release term. It was ordered transferred to Arizona in the Judgment and Sentencing Order, and this Court accepted the transfer in April 2018. This is due to Mr. O'Shaughnessy having resided in Arizona the majority of his life. Mr. O'Shaughnessy has now successfully completed over one year of his two-year supervised release term.

Mr. O'Shaughnessy was ordered to pay $7,000.00 in restitution and a $100 special assessment. Mr. O'Shaughnessy made regular payments to satisfy these obligations pursuant to the terms of supervised release. He has also had a tax refund offset and applied toward the restitution order. Restitution has now been paid in full. Mr. O'Shaughnessy continues to maintain compliance with supervised release and has done so for the past 16 months. He has been put on the least restrictive supervision available and has done well.

### II.   LAW AND ARGUMENT

18 U.S.C. §3564(c) allows for early termination of supervised release after one (1)

year in felony cases. That statute allows the Court to consider the factors set forth in 18 U.S.C. §3553(a) to determine whether early termination is appropriate.

### A. Nature and Circumstances of the Offense

Defendant feels that any felony offense is serious. However, in this case, the conduct was not violent in nature. Defendant was part of a protest regarding land use and management, which was very passionately followed and supported by many members of the public.

### B. History and Characteristics of the Offender

Mr. O'Shaughnessy had no prior criminal history before he was charged with this offense. Since his release from custody, he has remained law-abiding, has maintained verifiable employment, and followed all orders of the Court and his probation officer. The supervised release term has had its desired deterrent effect. Mr. O'Shaughnessy has proven to the Court that he is not a danger to the community. Mr. O'Shaughnessy has shown that he can be a law-abiding citizen and can comply with the terms of supervised release. Mr. O'Shaughnessy wishes to have his supervised release terminated early so that he can move forward with his life financially, professionally, and emotionally.

Mr. O'Shaughnessy is committed to leading a positive, goal- oriented lifestyle. This is proven through Mr. O'Shaughnessy's compliance with his conditions of supervised release. Mr. O'Shaughnessy is not a risk to reoffend. He has maintained a stable residence since his release. His history and characteristics provide a strong argument for early termination of his supervised release term.

### III. CONCLUSION

Mr. O'Shaughnessy has completed over 16 months of the 24-month term of supervised release with no other crimes or compliance issues. The resources of the Government would be better used monitoring defendants who have not proven a

willingness and ability follow the law. The benefits of releasing Mr. O'Shaughnessy outweigh the benefits of continued monitoring. Based on the foregoing, Mr. O'Shaughnessy respectfully requests the Court grant this Motion for Early Termination of Supervised Release. Both Mr. O'Shaughnessy's supervising Probation Officer, Domenica Soto, and the attorney assigned to handle the matter in the District of Oregon, Assistant U.S. Attorney Ethan Knight, were contacted regarding this Motion and have no objection to early termination.

Excludable delay is not resulted as a result of the filing of this Motion.

Respectfully submitted: July 17, 2019.

          Aguilar Law Office, PLLC

          *s/Denise K. Aguilar*
          Denise K. Aguilar
          Attorney for Defendant

I hereby certify that on July 17, 2019,

I electronically transmitted the attached
document to the Clerk's Office using the
CM/ECF system for filing and transmittal
of a Notice of Electronic Filing to the following
CM/ECT registrants:

Honorable Douglas L. Rayes
Ethan Knight, Assistant U.S. Attorney, District of Oregon
Domenica Soto, U.S. Probation


By: *s/Denise Aguilar*