# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-50058-001-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Joseph O'Shaughnessy, | |
| Defendant. | |

Upon motion of the defendant, with no objection of the Government or the U.S. Probation Office, and good cause appearing;

**IT IS ORDERED** granting the Defendant O'Shaughnessy's Motion for Early Termination of Supervised Release (Doc. 5). Defendant Joseph O'Shaughnessy's supervised release is terminated.

Dated this 18th day of July, 2019.

_____
Douglas L. Rayes
United States District Judge